UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ELIJAH BUCKLEY,

    Plaintiff,

-vs-                                      Case No. 6:08-cv-514-Orl-35KRS

OFFICER DANIELLE GATELY,

    Defendant.

_____

## ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION FOR RECONSIDERATION (Doc. No. 38)** |
| **FILED:** | **September 14, 2009** |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

Plaintiff has failed to demonstrate any basis for reconsideration of the Court's Order of August 31, 2009 (Doc. No. 32).

**DONE AND ORDERED** in Chambers in Orlando, Florida, this 23rd day of September 2009.

                                                  MARY S. SCRIVEN
                                                  UNITED STATES DISTRICT JUDGE

Copies to:
sa 9/16
Counsel of Record
Elijah Buckley